```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
MOHAMMAD RAHMAN and JOSE VARGAS,                    DATE FILED:  6/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD RAHMAN and JOSE VARGAS,

           Plaintiffs,

-against-

JULY 96 CORP., MELITIOS MELETIOU, and FANIS TSIAMTSIOURIS,

           Defendants.

21 Civ. 9649 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' motion for settlement approval, ECF No. 28. By **June 17, 2022**, counsel for Plaintiffs must submit contemporaneous billing records supporting their request for attorneys' fees. "In this circuit, a proper fee request 'entails submitting contemporaneous billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done.'" *Lopez v. Nights of Cabiria, LLC*, 96 F. Supp. 3d 170, 181 (S.D.N.Y. 2015) (quoting *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012)). The Court shall not approve an attorneys' fees award absent such documentation.

    SO ORDERED.

Dated: June 14, 2022
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge