JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

May 19, 2023

**Via ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** ***Rahman, et ano v. July 96 Corp., et al.***
      **Case No. 21-cv-9649**

Dear Judge Torres:

 I write on behalf of Plaintiffs Mohammad Rahman and Jose Vargas to respectfully request that the Court approve the revised settlement agreement, submitted on July 21, 2022, as fair and reasonable under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

 On June 1, 2022, the parties submitted a joint letter motion seeking approval of the settlement. (Dkt. No. 25). In response to the Court identifying deficiencies in the settlement, (Dkt. No. 31), on July 21, 2022, Plaintiffs submitted a revised settlement agreement, along with a letter motion, seeking settlement approval from the Court. (Dkt. No. 32). On December 16, 2022, in response to a letter from Plaintiff, the Court issued an order confirming that the parties' submissions were sufficient and stating that the Court will issue an order regarding the parties' request for approval of settlement in due course. (Dkt. No. 34).

 The Plaintiffs in this case are two elderly gentlemen who have worked their entire lives in minimum wage positions. They are eager to receive the settlement payments in this matter and are hopeful that the Court will approve the settlement.

 We thank the Court for its careful consideration of this matter, and respectfully request that the Court approve the revised settlement agreement as fair and reasonable.

                Respectfully Submitted,

1

<u>/s/Michael DiGiulio</u>
Michael DiGiulio

JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, NY 10004

*Attorney for Plaintiff*
